IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID ADKINSON,
     Plaintiff,

vs.                              Case No.: 5:06cv122/SPM/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

     This cause is before the court upon Plaintiff's Motion to Dismiss Complaint (Doc. 20), in which Plaintiff requests that his complaint be dismissed because he "does not want to proceed with his complaint" at this time (*id.* at 1).

     Federal Rule of Civil Procedure 41(a)(2) provides that "[e]xcept as provided in [FED.R. CIV.P. 41(a)(1)], an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." In the instant motion, Plaintiff states that Defendant has no objection to the dismissal of Plaintiff's complaint. Thus, an order of dismissal pursuant to Rule 41(a)(2) appears appropriate.

     Accordingly, it is respectfully **RECOMMENDED**:

     That Plaintiff's Motion to Dismiss Complaint (Doc. 20) be **GRANTED** and this case be **DISMISSED without prejudice**.

     At Pensacola, Florida, this 27th day of December 2006.


                              */s/ Elizabeth M. Timothy*_____
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No.:  5:06cv122/SPM/EMT