**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**DAVID ADKINSON,**

**Plaintiff,**

**vs.** **5:06-CV-122-SPM**

**JOANNE BARNHART,**
**Commissioner of**
**Social Security,**

**Defendant.**
**_______________________________/**

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 21) dated December 27, 2006, which recommends that Petitioner's motion to voluntarily dismiss his complaint (doc. 20) be granted.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 21) is adopted and incorporated by reference in this order.

2. The complaint (doc. 1) is hereby *dismissed* without prejudice.

**DONE AND ORDERED** this twenty-sixth day of January, 2007.

s/ Stephan P. Mickle

Stephan P. Mickle
United States District Judge